1224

No. 96–954.   AMOCO PRODUCTION CO. ET AL. *v.* PUBLIC SERV-
ICE COMPANY OF COLORADO ET AL.; and

No. 96–1230.   WILLIAMS NATURAL GAS CO. ET AL. *v.* AMOCO
PRODUCTION CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.
JUSTICE BREYER took no part in the consideration or decision of
these petitions.   Reported below: 91 F. 3d 1478.

No. 96–1186.   ASSOCIATED GAS DISTRIBUTORS ET AL. *v.* FED-
ERAL ENERGY REGULATORY COMMISSION;

No. 96–1187.   AMERICAN PUBLIC GAS ASSN. ET AL. *v.* FED-
ERAL ENERGY REGULATORY COMMISSION;

No. 96–1188.   NEW YORK PUBLIC SERVICE COMMISSION ET AL.
*v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 96–1189.   BURLINGTON RESOURCES OIL & GAS CO. *v.* FED-
ERAL ENERGY REGULATORY COMMISSION.   C. A. D. C. Cir.   Cer-
tiorari denied.   JUSTICE BREYER took no part in the consideration
or decision of these petitions.   Reported below: 88 F. 3d 1105.

No. 96–967.   NEW YORK *v.* OWENS.   App. Div., Sup. Ct. N. Y.,
1st Jud. Dept.   Motion of respondent for leave to proceed *in
forma pauperis* granted.   Certiorari denied.

No. 96–1461.   OHIO ADULT PAROLE AUTHORITY ET AL. *v.*
LYONS.   C. A. 6th Cir.   Motion of respondent for leave to proceed
*in forma pauperis* granted.   Certiorari denied.

No. 96–1378.   BARNABEI *v.* VIRGINIA.   Sup. Ct. Va.   Motions
of National Legal Aid and Defender Association et al. and Vir-
ginia College of Criminal Defense Attorneys for leave to file briefs
as *amici curiae* granted.   Certiorari denied.

No. 96–1393.   MISSOURI PACIFIC RAILROAD CO. ET AL. *v.*
HARPER.   App. Ct. Ill., 5th Dist.   Motion of Association of Amer-
ican Railroads for leave to file a brief as *amicus curiae* granted.
Certiorari denied.

No. 96–1096.   BAHETH ET AL. *v.* GUARANTY BANK & TRUST
CO., NKA REGIONS BANK, ET AL., *ante,* p. 1117;

No. 96–1144. DAVIS v. SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO, CLC, ET AL., *ante*, p. 1119;

No. 96–1161. BARAKAT v. LIFE INSURANCE COMPANY OF VIRGINIA, *ante*, p. 1143;

No. 96–1217. FLORES v. FMC CORP. ET AL., *ante*, p. 1120;

No. 96–1220. MOREWITZ v. ASHMORE, *ante*, p. 1120;

No. 96–1247. RICHARDSON v. BAKERY, CONFECTIONARY & TOBACCO WORKERS, LOCAL NO. 26, *ante*, p. 1143;

No. 96–1331. SMITH v. UNITED STATES, *ante*, p. 1144;

No. 96–6580. LEWIS LANG v. REYNOLDS ET AL., 519 U. S. 1120;

No. 96–6680. ASHTON v. UNITED STATES ET AL., 519 U. S. 1095;

No. 96–7040. MAXBERRY v. PARAMOUNT COMMUNICATIONS ET AL., 519 U. S. 1125;

No. 96–7195. WILLIAMS v. MISSISSIPPI, *ante*, p. 1145;

No. 96–7205. BURNETT v. BULSON; and BURNETT v. RIGGLE ET AL., 519 U. S. 1152;

No. 96–7293. AZUBUKO v. MONTGOMERY, CLERK-MAGISTRATE, DISTRICT COURT OF MASSACHUSETTS, SUFFOLK COUNTY, *ante*, p. 1106;

No. 96–7334. SCOTT v. DIME SAVINGS BANK OF NEW YORK, *ante*, p. 1122;

No. 96–7408. BRAYALL ET VIR v. DART INDUSTRIES ET AL., *ante*, p. 1123;

No. 96–7538. BURNETT v. WILLETTE, *ante*, p. 1126;

No. 96–7606. REMETA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1147;

No. 96–7656. AZUBUKO v. REGISTRAR OF MOTOR VEHICLES, *ante*, p. 1157;

No. 96–7781. BUSTAMANTE v. UNITED STATES, *ante*, p. 1129;

No. 96–7788. LEAL v. CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1130; and

No. 96–7841. THOMAS v. WEST, SECRETARY OF THE ARMY, *ante*, p. 1148.   Petitions for rehearing denied.

MAY 13, 1997

No. A–807. WESTLEY v. TEXAS.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.